# CASE ANNOUNCEMENTS

*September 12, 2008*

[Cite as *09/12/2008 Case Announcements,* 2008-Ohio-4599.]

## MOTION AND PROCEDURAL RULINGS

**2007–1529.   Fletcher v. Univ. Hosps. of Cleveland.**
Cuyahoga App. No. 88573, 172 Ohio App.3d 153, 2007-Ohio-2778. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the motion for leave of amicus curiae, Ohio Association of Civil Trial Attorneys, to participate in oral argument scheduled for Tuesday, September 30, 2008, in support of appellant,

It is ordered by the court that the motion is granted and amicus curiae shall share the time allotted to appellant.

**2008–1667.   Bikkani v. Lee.**
Cuyahoga App. No. 89312, 2008-Ohio-3130. On March 5, 2007, this court found Prasad Bikkani to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Bikkani was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On September 8, 2008, Bikkani submitted a motion for leave to file a motion for reconsideration. Upon consideration thereof,

It is ordered by the court that the motion is denied.